IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFERY WILLIAM PAUL                                              PLAINTIFF

v.                           Case No. 13-6073

UNITED STATES DISTRICT COURT and
the HONORABLE JIMM LARRY HENDREN                                  DEFENDANTS

### ORDER

Now on this 15th day of August 2013, there comes on for consideration the report and recommendation filed herein on July 22, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 6). No objections have been filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE on the grounds that the claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), frivolous, asserted against individuals who are immune from suit, or fail to state claims on which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)